CAROLINE L. ROBINSON, as Administratrix, etc., Respondent,
v. JAMES A. STRIKER, Appellant.

(Argued March 14, 1889; decided March 29, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 2, 1888, which affirmed a judgment in favor of plaintiff, entered on a verdict.

*W. F. Dunning* for appellant.

*Charles De Hart Brower* for respondent.

Agree to affirm; no opinion.
All concur, except EARL, J., dissenting.
Judgment affirmed.